UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-61126-CIV-COHN/SNOW

DALE WEBSTER,

    Petitioner,

v.

JAMES R. McDONOUGH,

    Respondent.

_____/

### ORDER GRANTING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Petitioner Dale Webster's Motion for Certificate of Appealability [DE 18]. The Court has carefully considered the matter and is otherwise fully advised in the premises.

This Court adopted the Report and Recommendations of Magistrate Judge White, overruled Webster's Objections, and denied Webster's Petition for Writ of Habeas Corpus on April 5, 2007 [DE 16], determining that Mr. Webster's Petition was time-barred. Mr. Webster now files the instant Motion for Certificate of Appealability. To grant a Certificate of Appealability, the Court must conclude that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Although this Court concluded that equitable tolling was not warranted in Mr. Webster's case, the Court acknowledges that two factually similar Eleventh Circuit cases have resulted in opposite outcomes on the issue of equitable tolling. Compare Drew v. Dep't

of Corrections, 297 F.3d 1278 (11th Cir. 2002) (holding that a denial of equitable tolling was appropriate where petitioner did not act with diligence in inquiring about the status of the case), with Knight v. Schofield, 292 F.3d 709 (11th Cir. 2002) (holding that equitable tolling was appropriate where the petitioner relied upon the clerk of court's representation that he would be notified of a court decision as soon as it was issued). The Court thus concludes that jurists of reason could find it debatable whether Mr. Webster is entitled to equitable tolling, and it is hereby

**ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability [DE 18] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 30th day of April, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Appeals Desk (Miami)

Counsel of record

Dale Webster, *pro se*
L25362
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL  32583